IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:

AUDREY TAYLOR, an individual,

    Plaintiff,

vs.

WAL-MART STORES EAST, LP.

    Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, AUDREY TAYLOR, and sues Defendant, WAL-MART STORES EAST, LP., (hereafter "WAL-MART"), and alleges:

1. This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

1

2. At all times material hereto, Plaintiff, AUDREY TAYLOR, was a resident of Duval County, Florida.

3. At all times material to this action, Defendant, **WAL-MART STORES EAST, LP.**, was and is a Foreign Profit Corporation authorized to do and doing business in the State of Florida.

4. At all times material hereto, including July 8, 2019, Defendant, WAL-MART, was and remains a Florida profit corporation that maintained a business located at 13227 City Square Drive, Jacksonville, Florida 32218 (which, hereafter, may be referred to as the "premises" or the "subject premises"), said business being a retail store open to the general public, including the Plaintiff herein.

5. At all times material hereto, Defendant, WAL-MART, was the owner and/or operator responsible for the subject premises located at 13227 City Square Drive, Jacksonville, Florida 32218.

6. On or about July 8, 2019, Plaintiff, AUDREY TAYLOR, was a patron on Defendant's premises located at the above address when she slipped and fell on a liquid substance on the floor of Defendant's premises.

7. At said time and place, Plaintiff, AUDREY TAYLOR, was lawfully upon Defendant, WAL-MART'S subject premises located at the above address as a patron and/or customer.

8. At said time and place, Plaintiff, AUDREY TAYLOR, was a business invitee on the subject premises.

9. At said time and place, Defendant, WAL-MART, owed Plaintiff a duty to exercise reasonable care for her safety.

10. At said time and place, Defendant, WAL-MART, breached its duty owed to Plaintiff by allowing a liquid substance to remain on the floor on the Defendant's premises, when said condition was either caused by the Defendant, known to the Defendant or had existed for a sufficient length of time, such that Defendant should have known of same had Defendant exercised reasonable care, and/or said condition occurred with regularity and was therefore foreseeable, thus creating a slipping hazard to members of the public utilizing said floor, including the Plaintiff herein, thus creating an unreasonably dangerous condition for her.

11. As a direct and proximate result of the above-described negligence, while Plaintiff was visiting Defendant's business, she slipped and fell on a slick floor while shopping, with no visible markings and/or cones in place, sustaining injuries as set forth in paragraph eleven (11) below.

12. As a direct and proximate result of the negligence of Defendant, WAL-MART, the Plaintiff suffered bodily injuries in and about his body and extremities, resulting in pain and suffering, disability, disfigurement, permanent scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of past and future earnings, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, AUDREY TAYLOR, demands judgment against Defendant, WAL-MART STORES, INC. for damages, costs of this action, interest, and such

other and further relief as this Court may deem meet and just, and demands a trial by jury on all issues so triable.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all issues so triable.

**RESPECTFULLY submitted this 5th day of March, 2020.**

**MORGAN & MORGAN**

*[signature]*

**COREY J. PORTNOY , ESQUIRE**
Florida Bar No. 118859
76 South Laura Street, Suite 1100
Jacksonville, FL 32202
Primary Email: cportnoy@forthepeople.com
Telephone: (904) 361-4441
Fax: (904) 361-7241
*Attorneys for Plaintiff*