UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:20-CV-00541-BJD-JBT

AUDREY TAYLOR,
        Plaintiff,
vs.

WAL-MART STORES EAST, L.P.
        Defendant.
_____/

### JOINT NOTICE OF COMPLIANCE WITH MEDIATION & SETTLEMENT

Defendant, Wal-Mart Stores East, L.P., and Plaintiff, Audrey Taylor, (*collectively* "the Parties"), hereby file their Joint Notice of Compliance with Mediation & Settlement. On November 20, 2020, the Parties attended court ordered mediation; however, a settlement was not reached at that time.

The Parties continued to engage in meaningful settlement negotiations following mediation, and on January 26, 2020 ***the Parties reached a settlement in this case***.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| */s/ Corey J. Portnoy*<br>Corey J. Portnoy, Esq.<br>Morgan & Morgan, P.A.<br>76 South Laura Street<br>Suite 1100<br>Jacksonville, Florida 32202<br>Telephone:  (904) 361-4441<br>Email:  cportnoy@forthepeople.com | */s/ Patricia Concepcion*<br>Patricia Concepcion, Esq.<br>Florida Bar No.109058<br>pconcepcion@hamiltonmillerlaw.com<br>HAMILTON, MILLER & BIRTHISEL, LLP<br>150 Southeast Second Avenue, Suite 1200<br>Miami, Florida 33131<br>Telephone: (305) 379-3686 |

**DATED**: **January 27, 2021**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being

served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

                                                  */s/ Patricia Concepcion*
                                                  Patricia Concepcion

## SERVICE LIST

Corey J. Portnoy, Esq.
Morgan & Morgan, P.A.
76 South Laura Street
Suite 1100
Jacksonville, Florida 32202
Telephone:     (904) 361-4441
Email:  cportnoy@forthepeople.com
*Attorneys for Plaintiff*

2

**HAMILTON, MILLER & BIRTHISEL** LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690