UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**AUDREY TAYLOR,**

    **Plaintiff,**

v.                          Case No.:  3:20-cv-541-BJD-JBT

**WAL-MART STORES EAST, L.P.,**

    **Defendant.**
_____/

## O R D E R

**THIS MATTER** comes before the Court on the Joint Notice of Compliance with Mediation & Settlement (Doc. 28; Notice) filed on January 27, 2021.  In the Notice, the parties advise the Court that this case has been resolved.  See Notice at 1.

Accordingly, it is hereby

**ORDERED:**

1. The final pretrial conference scheduled for November 17, 2021 is **CANCELLED** and this case is **REMOVED** from the December 6, 2021 trial term.

2. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

3. The parties shall have until **March 29, 2021**, to file a joint stipulated form of final order or judgment or move this Court upon good cause to reopen the case.

4. If the parties have not so stipulated or moved the Court by the **March 29, 2021** deadline, this case automatically will be dismissed without prejudice, and the Clerk shall **close** the file without further order of the Court.

**DONE** and **ORDERED** in Jacksonville, Florida this __11th__ day of February, 2021.

BRIAN J. DAVIS
United States District Judge

*Copies furnished to:*

Counsel of Record
Unrepresented Parties

*ap*